No. 986. **Gibbes v. Greenville and Columbia Railroad Company.** November Term, 1880. Consent order dismissing the appeal of Clark, trustee, in this case. PER CURIAM, March 8th, 1881.